IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No._____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CERTIFICATION OF A |
| | ) | SEXUALLY DANGEROUS PERSON |
| EARL WEBSTER COX, | ) | |
| Register Number 20029-044, | ) | |
| | ) | |
| Respondent. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby submits the attached Certification of a Sexually Dangerous Person pursuant to Title 18 U.S.C. § 4248(a).

Respectfully submitted, this 12th day of July, 2011.

        THOMAS G. WALKER
        United States Attorney

        By: /s/ Michael G. James
        MICHAEL G. JAMES
        Assistant U.S. Attorney
        Attorney for Petitioner
        U.S. Attorney's Office
        Civil Division
        310 New Bern Avenue
        Suite 800, Federal Building
        Raleigh, NC  27601-1461
        (919) 856-4530
        Fax: (919) 856-4821
        E-mail: mike.james@usdoj.gov
        N.Y. Bar #2481414

CERTIFICATE OF SERVICE

This is to certify that I have this 12th day of July, 2011, served a copy of the foregoing upon the Respondent in this action by placing the documents in an envelope marked as stated below, and placing the envelope in the U.S. mail for delivery to:

    Earl Webster Cox
    Reg. No. 20029-044
    FCI Butner
    P.O. Box 1000
    Butner, NC 27509

and on the same day served a copy of the foregoing by placing a copy in the U.S. Mail, addressed as follows:

    Office of the Federal Public Defender
    150 Fayetteville Street
    Suite 450
    Raleigh, North Carolina 27601

    /s/ Michael G. James
    MICHAEL G. JAMES
    Assistant U.S. Attorney
    Attorney for Petitioner
    U.S. Attorney's Office
    Civil Division
    310 New Bern Avenue
    Suite 800, Federal Building
    Raleigh, NC 27601-1461
    (919) 856-4530
    Fax: (919) 856-4821
    E-mail: mike.james@usdoj.gov
    N.Y. Bar # 2481414