**CERTIFICATION OF A SEXUALLY DANGEROUS PERSON**

(1) I, Ivonne E. Bazerman, am Chairperson of the Federal Bureau of Prisons (Bureau) Certification Review Panel, Washington, D.C. Pursuant to 28 C.F.R. § 0.97, the Director of the Bureau has delegated to me the authority to certify persons in Bureau custody as sexually dangerous, as authorized by 18 U.S.C. § 4248.

(2) Bureau records reflect the following: Inmate Earl Webster Cox, Register Number 20029-044, is in Bureau custody at the Federal Correctional Institution, Butner, North Carolina, in service of a 120-month term of imprisonment and three-year term of supervised release, following his conviction for Attempted Enticement of a Minor to Travel in Interstate Commerce for Sexual Activity, in violation of 18 U.S.C. §§ 2422(a) and 2426(a), and Receipt of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A) (D. Colo.) (Case No. 03-CR-45-01-RB). His offense conduct included sending sexually explicit emails to an undercover agent posing as a 14-year-old girl; sending the "girl" money to travel from Virginia to Colorado so that she could be his sex slave; instructing the "girl" to meet him wearing a short skirt, red tube top, and no undergarments; and meeting an undercover police officer posing as the girl at the pre-arranged meeting location, at which time he stated, "you

don't look fourteen." His projected release date is September 27, 2011.

(3) Based on a review of his Bureau records, I certify he is a sexually dangerous person as defined by 18 U.S.C. § 4247(a)(5), and sexually dangerous to others as defined by 18 U.S.C. § 4247(a)(6). My certification is based on information found in Bureau records which includes, but is not limited to, the following:

(a) He previously engaged or attempted to engage in sexually violent conduct or child molestation as evidenced by his current offense conduct. Additionally, he was previously convicted of Sodomy With a Child Under the Age of 16, three counts of Striking a Child Under the Age of 16, and six counts of Taking Indecent Liberties With a Child Under the Age of 16, in a United States Air Force general court-martial proceeding, convened at Rhein-Main Air Base, Germany (General Court Martial Order No. 6) (May 14, 1982). His offenses occurred primarily while babysitting and involved four (4) female victims between the ages of eight (8) and eleven (11) years old. His offense conduct included licking the vaginal area of a victim, spanking the buttocks of two victims, inserting a candy cane into the vagina of a victim, inserting his finger into a victim's vagina and pulling down her pants,

forcing a victim to pull down her pants and rubbing the victim's private parts with his hand, rubbing a victim's private parts over her clothing, and grabbing a victim by the waist and turning her upside down with her legs spread apart;

(b) A psychological review and assessment indicated Axis I diagnoses of Pedophilia, Sexually Attracted to Females, Nonexclusive Type, and Paraphilia Not Otherwise Specified (Hebephilia);

(c) A review and assessment of him using an actuarial risk assessment instrument (Static-99R) was conducted. This result, in addition to his current and prior offense conduct, a lack of positive social influences, presence of negative social influences, lack of capacity for relationship stability, sexual preoccupation, and deviant sexual interests, indicate he will have serious difficulty refraining from sexually violent conduct or child molestation if released.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Ivonne E. Bazerman
Chairperson
Certification Review Panel
Federal Bureau of Prisons

6/13/2011
Date