IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-HC-2137-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | <u>CONFIDENTIALITY AGREEMENT</u> |
| | ) | |
| EARL WEBSTER COX, | ) | |
| | ) | |
| Respondent. | ) | |

I, JEFFREY J. DAVIS, declare that:

I am a licensed psychologist retained by the United States Attorney's Office for the Eastern District of North Carolina as an expert in the above-captioned case. A substantial amount of my practice is in the area of clinical forensic psychology. My office telephone number is (805)748-5081.

I have read and understand the terms of Paragraph 4(h)(iii) of the Standing Order on cases arising under 18 U.S.C. § 4248, 10-SO-01 ("the Standing Order"), as well as the scheduling order entered in the above-captioned case, pending in the United States District Court for the Eastern District of North Carolina. I agree to comply with and be bound by the terms of the Standing Order and the scheduling order. I understand that any violation of the Standing Order or the scheduling order may subject me to sanctions by the court, including contempt. I shall not disclose any documents(s) marked "Attorney's Eyes Only" to the above-named respondent or to anyone else other than those specifically

authorized by the Standing Order and the scheduling order. I shall not copy or use such documents except for the purposes of this action and pursuant to the terms of the Standing Order and the scheduling order. I submit myself to the jurisdiction of the United States District Court for the Eastern District of North Carolina ("court") for the purpose of enforcing or otherwise providing relief relating to the Standing Order on the scheduling order. I understand that this confidentiality agreement will be filed with the court.

Executed on 09-12-11
(Date)

JEFFREY J. DAVIS, Ph.D.