IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-HC-2137-H-JG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Petitioner, | ) | PREHEARING ORDER |
| | ) | |
| v. | ) | Local Civil Rule 16.1(c) |
| | ) | |
| EARL WEBSTER COX, | ) | |
| | ) | |
| Respondent. | ) | |

I. STIPULATIONS:

    A.    All parties are properly before the Court.

    B.    The Court has jurisdiction of the parties and the subject matter.

    C.    All parties have been correctly designated.

    D.    There is no question as to misjoinder or non-joinder of the parties.

    E.    This action arises under the Adam Walsh Act, 18 U.S.C. § 4248, and this Court has original jurisdiction.

    F.    Venue of this matter is proper.

    G.    At trial, the parties will submit a Joint Trial Notebook, which will contain the exhibits to which the parties have stipulated to the authenticity and admissibility.

1

H.  Facts:

   1. On July 12, 2011, Respondent Earl Webster Cox
      ("Cox") was certified as a sexually dangerous
      person pursuant to 18 U.S.C. § 4248.

   2. At the time of his certification, Cox was in
      custody of the federal Bureau of Prisons at the
      Federal Correctional Institution in Butner, North
      Carolina, serving a 120-month federal term of
      imprisonment to be followed by a three-year term
      of supervised release as a result of his
      convictions for Attempted Enticement of a Minor to
      Travel in Interstate Commerce for Sexual Activity,
      in violation of 18 U.S.C. §§ 2422(a) and 2426(a),
      and Receipt of Child Pornography, in violation of
      18 U.S.C. § 2252A(a)(2)(A) (Criminal Docket No.
      03-CR-45-01-RB (District of Colorado)).

   3. Cox's projected release date on the above-
      referenced offense was approximately September 27,
      2011.

II. CONTENTIONS:

   A.  PETITIONER

      1. Facts: Cox has also previously engaged or
         attempted to engage in sexually violent conduct or
         child molestation.  Cox has previously been
         convicted of Sodomy with a Child Under the Age of
         16, six counts of Striking a Child Under the Age
         of 16, and six counts of Taking Indecent Liberties
         With a Child Under the Age of 16, in a United
         States Air Force general court martial (General
         Court Martial Order No. 6)(May 14, 1982).

      2. Issues:

         (a) Has Earl Webster Cox engaged in or attempted
             to engage in sexually violent conduct or
             child molestation?

         (b) Is Earl Webster Cox sexually dangerous in
             that he suffers from a serious mental
             illness, abnormality or disorder, and as a
             result of his serious mental illness,
             abnormality or disorder, would have serious

2

difficulty in refraining from sexually violent conduct or child molestation if released?

B. RESPONDENT: Earl Webster Cox is not a "sexually dangerous person" within the meaning of 18 U.S.C. § 4247(a)(5).

III. EXHIBITS

A. PETITIONER:

| No. | Description | Bates Stamp ## s | Objections |
|---|---|---|---|
| 1 | Certification of a Sexually Dangerous Person. | 1230-1235 | |
| 2 | CV of Dr. Jeffrey Davis | N/A | |
| 3 | Forensic Evaluation for Civil Commitment as Sexually Dangerous Person by Dr. Jeffrey Davis dated October 2, 2011. | 1768-1809 | |
| 4 | CV of Dr. Heather Ross | N/A | |
| 5 | Forensic Pre-Certification Report by Dr. Heather Ross dated January 28, 2011 | 1195-1212 | |
| 6 | CV of Dr. Plaud | N/A | |
| 7 | Forensic Evaluation by Dr. Joseph Plaud dated November 21, 2011. | Resp. 1-17 | |
| 8 | Deposition of Earl Webster Cox | N/A | |
| 9 | Amended Judgment in US v. Cox, Crim. No. 03-DCR-0045-RB-01, filed February 24, 2004. | 1260-1267 | Inauthentic |
| 10 | Judgment in US v. Cox, Crim. No. 03-DCR-0045-RB-01, filed December 4, 2003. | 14-20 | Inauthentic |

3

| 11 | US v. Cox, Crim. No. 03-DCR-0045-RB-01, Superseding Indictment | 154-157 | Inauthentic |
|---|---|---|---|
| 12 | US v. Cox, Crim. No. 03-DCR-0045-RB-01, Plea Agreement. | 158-167 | Inauthentic |
| 13 | Presentence Investigative Report dated October 26, 2003. | 1649-1674 | Inauthentic; Hearsay as to stmts by 3d parties |
| 14 | United States v. Cox, 18 M.J. 72, No. 45099, ACM 23543 – United States Military Court decision affirming Cox's conviction as published in the West's Military Justice Reporter. | 1763-1767 | |
| 15 | Psychology Services Intake Screening Summary. | 235-236 | Inauthentic |
| 16 | PDS Note dated December 15, 2010. | 1213 | Inauthentic |
| 17 | PDS Noted dated August 11, 2009. | 1214 | Inauthentic |
| 18 | PDS Note dated January 14, 2004. | 1221-22 | Inauthentic |
| 19 | Overland Police Department Police Report. | 1291-1299 | Inauthentic; Hearsay as to 1291-92 |
| 20 | General Court Marshal Order No. 6 dated May 14, 1982. | 1302-1306 | Inauthentic |

Petitioner reserves the right to designate and use any exhibits identified by Respondent in this action.

B. RESPONDENT

Respondent reserves the right to designate and use any

4

exhibits identified by Petitioner in this action.

IV. DESIGNATION OF PLEADINGS AND DISCOVERY MATERIALS

    A.    PETITIONER

Petitioner designates the entire pleadings and responses and the transcripts of the following deposition for purposes of cross-examination: Earl Webster Cox. Petitioner reserves the right to use, as necessary, all portions of these documents, as appropriate, pursuant to the Federal Rules of Evidence and the Local Rules.

    B.    RESPONDENT

Respondent reserves the right to designate and use any pleadings and discovery materials identified by Petitioner in this action.

V. WITNESSES

    A.    PETITIONER

| Name | Address | Proposed Testimony |
|---|---|---|
| Dr. Jeffrey Davis | P.O. Box 6243, Los Osos, CA 93412 | Expert Testimony re: Issues (a) and (b) identified by Petitioner |
| Dr. Joseph Plaud | 44 Hickory Lane, Whitinsville, Mass. 01588 | Expert Testimony re: Issues (a) and (b) identified by Petitioner |
| Dr. Heather Ross | Federal Correctional Complex Psychology Services P.O. Box 1000 Butner, NC 27509 | Expert Testimony re: Issues (a) and (b) identified by Petitioner |

5

| Earl Webster Cox | Respondent | Testimony re: prior offenses and convictions, and facts relating to same |
|---|---|---|
| Karen Paynter | Federal Correctional Complex<br>P.O. Box 1000<br>Butner, NC 27509 | Ms. Paynter is a Case Worker at FCI Butner and the Records Custodian at FCI Butner for Adam Walsh Act cases. If necessary, she will be called to testify that the documents offered are kept in the regular course of business in a system of records that they are required to maintain. |

Petitioner reserves the right to call any witness listed by Respondent in this Pretrial Order. Petitioner reserves the right to call rebuttal witnesses, as appropriate.

B. Respondent

Respondent reserves the right to call any witness listed by Petitioner in this Pretrial Order. Respondent reserves the right to call rebuttal witnesses, as appropriate.

TRIAL TIME ESTIMATE: Two days.

The parties respectfully reserve the right to amend this proposed prehearing order within seven days of its filing.

6

Respectfully submitted, this 29th day of May 2012, by,

| FOR PETITIONER: | FOR RESPONDENT: |
|---|---|
| THOMAS G. WALKER<br>United States Attorney | |
| By: /s/ Michael G. James<br>MICHAEL G. JAMES<br>Attorney for Petitioner<br>Assistant United States Attorney<br>Civil Division<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC  27601-1461<br>Telephone:  (919) 856-4530<br>Facsimile:  (919) 856-4821<br>E-mail: mike.james@usdoj.gov | /s/ Samuel A. Forehand<br>Samuel A. Forehand<br>Samuel A. Forehand, P.A.<br>5 West Hargett Street, Suite 810<br>Post Office Box 2626<br>Raleigh, NC  27602-2626<br>Tel: (919) 755-0500<br>Fax: (919) 755-1000<br>SAF@ForehandLaw.com |

APPROVED BY:

_/s/ James E. Gates_
James E. Gates
United States Magistrate Judge
8 September 2012